# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bailin Hummitsch., <br><br> PLAINTIFF(S) <br> v. <br><br> Redbox Automated Retail, LLC., <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> CV 20-6429-CBM(PDx) <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

JULY 20, 2020
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Percy Anderson__ for all further proceedings.

☐ Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials __PA__ after the case number in place of the initials of the prior judge so that the case number will read __2:20-cv-06429 PA(PDx)__. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (11/19)                    ORDER RETURNING CASE FOR REASSIGNMENT