Eugene Y. Turin
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILIN HUMMITSCH<br><br>Plaintiff(s)<br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-CV-06429-CBM-PD<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Turin, Eugene, Y.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 893-7002   (312) 275-7895
*Telephone Number*   *Fax Number*

eturin@mcgpc.com
*E-Mail Address*

of McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Bailin Hummitsch

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hedin, Frank, S.
*Designee's Name (Last Name, First Name & Middle Initial)*

291289   (305) 357-2107   (305) 200-8801
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

fhedin@hedinhall.com
*E-Mail Address*

of Hedin Hall LLP
Four Embarcadero Center
Suite 1400
San Franciso, CA 94111

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1