Eugene Y. Turin
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BAILIN HUMMITSCH | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CV-06429-CBM-PD |
| v. | |
| REDBOX AUTOMATED RETAIL, LLC | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Turin, Eugene, Y.   of   McGuire Law, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*       55 W. Wacker Dr., 9th Fl.
(312) 893-7002   (312) 275-7895        Chicago, IL 60601
*Telephone Number*   *Fax Number*
eturin@mcgpc.com
*E-Mail Address*         *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Bailin Hummitsch

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hedin, Frank, S.   of   Hedin Hall LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       Four Embarcadero Center
                                 Suite 1400
291289   (305) 357-2107   (305) 200-8801   San Francisco, CA 94111
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
fhedin@hedinhall.com
*E-Mail Address*         *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded ☐ not be refunded.

**Dated:** ~~Click here to enter a date.~~
July 28, 2020

*[signature]*

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1