Frank S. Hedin (SBN 291289)
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

Tamra Miller
Jaszczuk, P.C.
30 S. Wacker Dr., Suite 2200
Chicago, IL 60606
Telephone: (312) 442-0509
Email: tmiller@jaszczuk.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAILIN HUMMITSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:20-cv-06429-PA-PD<br><br>**STIPULATION TO STAY CASE PENDING RESOLUTION OF SUPREME COURT CASE**<br><br>Honorable Percy Anderson<br><br>Magistrate Judge Patricia Donahue |

This Stipulation is entered into by Plaintiff Bailin Hummitsch ("Plaintiff") and Defendant Redbox Automated Retail, LLC ("RedBox") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

# RECITALS

1. Whereas on July 20, 2020 Plaintiff filed her Class Action Complaint alleging that Redbox violated the TCPA, 47 U.S.C. § 227, *et seq.* by transmitting automated text message advertisements using an Automatic Telephone Dialing System ("ATDS"). (Dkt. 1.)

2. Whereas on August 11, 2020, Defendant executed a waiver of service, such that Defendant's current responsive pleading deadline is October 5, 2020.

3. Whereas on July 9, 2020, the United States Supreme Court granted the petition for writ of certiorari in *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252, at *1 (U.S. July 9, 2020) to resolve the circuit split on the issue of what constitutes an ATDS and whether "the definition of ATDS in the TCPA encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" *See Facebook*, 2020 WL 3865252, at *1; *Facebook, Inc. v. Duguid*, No. 19-511, Petition for Writ of Certiorari (U.S. Oct. 17, 2019);[1] *Marks v. Crunch San Diego, LLC*, 904 F.3d 1041 (9th Cir. 2018) (finding that the "statutory definition of ATDS is not limited to devices with the capacity to call numbers produced by a 'random or sequential number generator'").

4. Whereas the decision in the *Facebook* appeal will directly bear on whether Defendant will seek to challenge Plaintiff's allegations that it utilized an ATDS to send the text messages at issue, and will potentially be dispositive as to Plaintiff's claims, in an effort to conserve judicial resources and avoid unnecessary briefing the Parties respectfully request that this Court stay this case pending resolution of the appeal in *Facebook, Inc. v. Duguid*, No. 19-511 (U.S.).

---

[1] Available at www.supremecourt.gov/DocketPDF/19/19-511/119361/20191017155036139_2019-10-17%20Facebook%20v.%20Duguid%20Petition%20FINAL.pdf.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that:

1. The case will be stayed pending resolution of the appeal in *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252, at *1 (U.S. July 9, 2020);

2. The Parties will inform the Court of any decision in the *Facebook* appeal within seven days of any ruling;

3. The Parties will file a joint status report within fourteen days of any decision in the *Facebook* appeal informing the Court of how Defendant intends to plead in response to Plaintiff's Complaint and a proposed case schedule.

4. The Parties enter into this stipulation in good faith and not in any effort to delay or deter these proceedings.

IT IS SO STIPULATED

Dated:  October 5, 2020          By:    /s/ Frank S. Hedin
                                          Frank S. Hedin

                                 Frank S. Hedin (SBN 291289)
                                 HEDIN HALL LLP
                                 1395 Brickell Avenue, Suite 1140
                                 Miami, Florida 33131
                                 Telephone:  (305) 357-2107
                                 Facsimile:   (305) 200-8801
                                 Email: fhedin@hedinhall.com

                                 *Counsel for Plaintiff and the Putative Class*

| | |
|---|---|
| Dated: October 5, 2020 | By:   /s/ Tamra Miller<br>            Tamra Miller |

Tamra Miller
Jaszczuk, P.C.
30 S. Wacker Dr., Suite 2200
Chicago, IL 60606
Telephone: (312) 442-0509
Email: tmiller@jaszczuk.com

*Counsel for Defendant*

<u>Local Rule 5-4.3.4 Attestation</u>

  I attest that Defendant's counsel, Tamra Miller, concurs in this filing's content and has authorized the filing.

DATED: October 5, 2020                    /s/ Frank S. Hedin
                                                                          Frank S. Hedin

---

STIP. TO STAY CASE    2    Civil Case No.: 20-cv-06429