# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BAILIN HUMMITSCH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

REDBOX AUTOMATED RETAIL, LLC,

    Defendant.

Case No. 2:20-cv-06429-PA-PD

**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING RESOLUTION OF SUPREME COURT CASE**

Honorable Percy Anderson

Magistrate Judge Patricia Donahue

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The case will be stayed pending resolution of the appeal in *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252, at *1 (U.S. July 9, 2020);

2. The Parties will inform the Court of any decision in the *Facebook* appeal within seven days of any ruling;

3. The Parties will file a joint status report within fourteen days of any decision in the *Facebook* appeal informing the Court of how Defendant intends to plead in response to Plaintiff's Complaint and a proposed case schedule.

IT SO ORDERED.

Date: _____

                                          _____
                                          Honorable Percy Anderson
                                          United States District Judge