# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILIN HUMMITSCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>    Defendant. | Case No. 2:20-cv-06429-PA-PD<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING RESOLUTION OF SUPREME COURT CASE**<br><br>Honorable Percy Anderson<br><br>Magistrate Judge Patricia Donahue |

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The case will be stayed pending resolution of the appeal in *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252, at *1 (U.S. July 9, 2020);

2. The Parties will inform the Court of any decision in the *Facebook* appeal within seven days of any ruling;

3. The Parties will file a joint status report within fourteen days of any decision in the *Facebook* appeal informing the Court of how Defendant intends to plead in response to Plaintiff's Complaint and a proposed case schedule.

**DENIED**
BY ORDER OF
*[signature]*   \*\*\*
UNITED STATES DISTRICT JUDGE
10/06/20

IT SO ORDERED.

Date: _____   _____
Honorable Percy Anderson
United States District Judge

\*\*\*Parties are free to dismiss this action without prejudice subject to a tolling agreement.

ORDER                         Civil Case No.: 20-cv-06429