Susan J. Welde (SBN 205401)
swelde@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant, REDBOX AUTOMATED RETAIL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILIN HUMMITSCH, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>                Defendant. | CASE NO. 2:20-cv-06429-PA-PD<br><br>Trial Date:        None Set<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 6, 2020<br><br>Current Response Date: October 5, 2020<br><br>New Response Date: November 4, 2020 |

Pursuant to Local Rule 8-3, Plaintiff Bailin Hummitsch ("Plaintiff") and Defendant Redbox Automated Retail, LLC ("Defendant") hereby stipulate and agree that Defendant's deadline to respond to Plaintiff's Class Action Complaint, originally due October 5, 2020, is extended for a period of 30 days, to and including November 4, 2020.

| | | |
|---|---|---|
| 1 | DATED: October 15, 2020 | **HEDIN HALL, LLP** |
| 2 | | |
| 3 | | By:   /s/ Frank S. Heden |
| 4 | | Frank S. Heden |
| 5 | | Attorneys for Plaintiff and the Putative Class |
| 6 | | |
| 7 | DATED: October 15, 2020 | **MCGUIRE LAW, P.C.** |
| 8 | | |
| 9 | | By:   /s/ Eugene Y. Turin |
| 10 | | Eugene Y. Turin |
| 11 | | Attorneys for Plaintiff and the Putative Class |
| 12 | | |
| 13 | DATED: October 15, 2020 | **MURCHISON & CUMMING, LLP** |
| 14 | | |
| 15 | | By:   /s/ Susan J. Welde |
| 16 | | Susan J. Welde |
| 17 | | Attorneys for Defendant, REDBOX AUTOMATED RETAIL, LLC |

2

Case No. 2:20-cv-06429-PA-PD
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

    On October 15, 2020, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

| | |
|---|---|
| Frank S. Hedin, Esq.<br>HEDIN HALL, LLP<br>1395 Brickell Avenue, Ste 1140<br>Miami, Florida 33131<br>Telephone: (305)357-2107<br>Facsimile: (305)200-8801<br>Email: fhedin@hedinhall.com | Counsel for Plaintiff and the Putative Class |
| Eugene Y. Turin, Esq.<br>MCGUIRE LAW, P.C.<br>55 W. Wackher Dr., 9th Fl.<br>Chicago, Illinois 60601<br>Telephone: (312)893-7002<br>Email: eturin@mcgpc.com | Counsel for Plaintiff and the Putative Class |

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on October 15, 2020, at Los Angeles, California.

_____
Roxanne Lopez