1 | Susan J. Welde (SBN 205401)
swelde@murchisonlaw.com
2 | **MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
3 | Los Angeles, California 90017-4613
Telephone: (213) 623-7400
4 | Facsimile: (213) 623-6336

5 | Attorneys for Defendant, REDBOX AUTOMATED RETAIL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BAILIN HUMMITSCH, individually and on behalf of all others similarly situated, | CASE NO. 2:20-cv-06429-PA-PD |
|---|---|
| Plaintiff, | **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF REDBOX AUTOMATED RETAIL, LLC** |
| vs. | |
| REDBOX AUTOMATED RETAIL, LLC, | Trial Date:    None Set |
| Defendant. | |

COMES NOW, REDBOX AUTOMATED RETAIL, LLC ("Redbox"), by and through its undersigned counsel, provides its Notice of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Central District Local Rule 7.1-1, as follows:

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Redbox Automated Retail, LLC ("Redbox") is a Delaware limited liability company. The sole member of Redbox is Redwood Intermediate, LLC, a Delaware limited liability company. Redwood Intermediate, LLC is 97.5% owned by Redwood Holdco, LLC, a Delaware limited liability company, with the remaining percentage owned by certain individual investors. The sole member of Redwood Holdco, LLC is New Outerwall, Inc., a Delaware corporation with its principal place of business in Bellevue, Washington. New Outerwall, Inc. is owned by affiliates of certain funds managed by affiliates of Apollo Global Management, LLC, a publicly traded Delaware limited liability company (NYSE: APO).

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations, having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

| PARTY | CONNECTION / INTEREST |
|---|---|
| BAILIN HUMMITSCH | Plaintiff |
| REDBOX AUTOMATED RETAIL, LLC. | Defendant |

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff

| | |
|---|---|
| Frank S. Hedin, Esq.<br>HEDIN HALL, LLP<br>1395 Brickell Avenue, Ste 1140<br>Miami, Florida 33131<br>Telephone: (305)357-2107<br>Facsimile: (305)200-8801<br>Email: fhedin@hedinhall.com | Counsel for Plaintiff and the Putative Class |

| | | |
|---|---|---|
| 1 | Eugene Y. Turin, Esq.<br>MCGUIRE LAW, P.C. | Counsel for Plaintiff and the Putative Class |
| 2 | 55 W. Wackher Dr., 9th Fl.<br>Chicago, Illinois 60601 | |
| 3 | Telephone: (312)893-7002<br>Email: eturin@mcgpc.com | |
| 4 | | |
| 5 | | |
| 6 | For Defendant | |
| 7 | Susan J. Welde, Esq.<br>MURCHISON & CUMMING, LLP | Martin Jaszczuk, Esq.<br>Margaret M. Schuchardt, Esq. |
| 8 | 801 South Grand Avenue, Ninth Floor<br>Los Angeles, CA 90017 | Jaszczuk PC<br>311 S. Wacker Drive |
| 9 | T: (213) 623-7400<br>E-Mail: swelde@murchisonlaw.com | Suite 3200<br>Chicago, IL 60606 |
| 10 | | Telephone: 312-442-0428<br>E-Mail: mjaszczuk@jaszczuk.com |
| 11 | | E-Mail: mschuchardt@jaszczuk.com |

DATED: October 15, 2020          **MURCHISON & CUMMING, LLP**


By:     /s/ Susan J. Welde
       Susan J. Welde
       Attorneys for Defendant, REDBOX
       AUTOMATED RETAIL, LLC

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF REDBOX AUTOMATED RETAIL, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On October 15, 2020, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF REDBOX AUTOMATED RETAIL, LLC** on the interested parties in this action as follows:

| | |
|---|---|
| Frank S. Hedin, Esq.<br>HEDIN HALL, LLP<br>1395 Brickell Avenue, Ste 1140<br>Miami, Florida 33131<br>Telephone: (305)357-2107<br>Facsimile: (305)200-8801<br>Email: fhedin@hedinhall.com | Counsel for Plaintiff and the Putative Class |
| Eugene Y. Turin, Esq.<br>MCGUIRE LAW, P.C.<br>55 W. Wackher Dr., 9th Fl.<br>Chicago, Illinois 60601<br>Telephone: (312)893-7002<br>Email: eturin@mcgpc.com | Counsel for Plaintiff and the Putative Class |

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2020, at Los Angeles, California.

*/s/ Roxanne Lopez*

Roxanne Lopez

---

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF REDBOX AUTOMATED RETAIL, LLC