1   Susan J. Welde (SBN 205401)
      swelde@murchisonlaw.com
2   **MURCHISON & CUMMING, LLP**
    801 South Grand Avenue, Ninth Floor
3   Los Angeles, California 90017-4613
    Telephone: (213) 623-7400
4   Facsimile: (213) 623-6336

5   Attorneys for Defendant, REDBOX
    AUTOMATED RETAIL, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  BAILIN HUMMITSCH, individually          CASE NO. 2:20-cv-06429-PA-PD
    and on behalf of all others similarly
12  situated,                               Trial Date:        None Set

13          Plaintiff,                      **STIPULATION TO EXTEND TIME
                                            TO RESPOND TO COMPLAINT
14      vs.                                 BY NOT MORE THAN 30 DAYS
                                            (L.R. 8-3)**
15  REDBOX AUTOMATED RETAIL,
    LLC,                                    Amended Complaint Served: November
16                                          4, 2020
            Defendant.
17                                          Current Response Date: November 18,
                                            2020
18
                                            New Response Date: December 9, 2020
19

20

21

22          This Stipulation is entered into by Plaintiff Bailin Hummitsch ("Plaintiff") and

23  Defendant Redbox Automated Retail, LLC ("Defendant") (together, the "Parties"),

24  by and through their respective counsel, with reference to the following facts and

25  recitals:

26  / / /

27  / / /

28

                                            1

**RECITALS**

1.    On July 20, 2020, Plaintiff filed a Class Action Complaint alleging that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, ("TCPA") by transmitting unsolicited text message advertisements.  (Dkt. 1.)

2.    On August 11, 2020, Defendant executed a waiver of service, such that Defendant's responsive pleading deadline became October 5, 2020.

3.    On October 5, 2020, the Parties filed a stipulation to stay this case pending the United States Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252, at *1 (U.S. July 9, 2020).  (Dkt. 12.)  That stipulation was denied on October 6, 2020.  (Dkt. 13.)

4.    On October 15, 2020, the Parties filed a stipulation to extend the time for Defendant to respond to Plaintiff's Complaint to November 4, 2020.  (Dkt. 14.)

5.    On November 4, 2020, Plaintiff filed a First Amended Class Action Complaint ("Amended Complaint").  (Dkt. 16.)  Under the Federal Rules of Civil Procedure, Defendant's deadline to respond to the Amended Complaint is November 18, 2020.  Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

6.    Since this litigation incepted, the Parties have been engaged in discussions concerning the potential resolution of this matter.  Those discussions have recently advanced significantly, but the parties require additional time to complete their negotiations.

7.    Accordingly, the Parties stipulate to a 21-day extension of time for Defendant to respond to Plaintiff's Amended Complaint, to allow the parties to conclude their settlement negotiations.

/ / /

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1

## STIPULATION

2    NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the

3 Parties to this action through their undersigned counsel that Defendant's deadline to

4 respond to Plaintiff's First Amended Class Action Complaint, currently November

5 18, 2020, is extended for a period of 21 days, to and including December 9, 2020.

6 DATED:  November 16, 2020        **HEDIN HALL, LLP**

7

8                                        By: _____/s/ Frank S. Hedin_____

9                                             Frank S. Hedin
                                             Attorneys for Plaintiff and The Putative
10                                            Class

11 DATED:  November 16, 2020       **MURCHISON & CUMMING,  LLP**

12

13                                      By: _____/s/ Susan J. Welde_____

14                                            Susan J. Welde
                                            Attorneys for Defendant, REDBOX
15                                            AUTOMATED RETAIL, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

4

5

On November 16, 2020, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

6

7    Frank S. Hedin, Esq.                     Counsel for Plaintiff and the Putative
     HEDIN HALL, LLP                          Class
8    1395 Brickell Avenue, Ste 1140
     Miami, Florida 33131
9    Telephone: (305)357-2107
     Facsimile: (305)200-8801
10   Email: fhedin@hedinhall.com

11
     Eugene Y. Turin, Esq.                    Counsel for Plaintiff and the Putative
12   MCGUIRE LAW, P.C.                        Class
     55 W. Wackher Dr., 9th Fl.
13   Chicago, Illinois 60601
     Telephone: (312)893-7002
14   Email: eturin@mcgpc.com

15

16   **BY E-MAIL OR ELECTRONIC TRANSMISSION**:  Pursuant to the E-Filing
17   System of the United States District Court, Central District of California, to the
     parties at the e-mail addresses on the Court's website.

18
     I declare under penalty of perjury under the laws of the United States of
19   America that the foregoing is true and correct and that I am employed in the office of
     a member of the bar of this Court at whose direction the service was made.

20
     Executed on November 16, 2020, at Los Angeles, California.

21

22

23                                           _____
                                             Roxanne Lopez
24

25

26

27

28