Susan J. Welde (SBN 205401)
  swelde@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant, REDBOX
AUTOMATED RETAIL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILIN HUMMITSCH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>        Defendant. | CASE NO. 2:20-cv-06429-PA-PD<br><br>Trial Date:      None Set<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Amended Complaint Served: November 4, 2020<br><br>Current Response Date: December 9, 2020<br><br>New Response Date: December 23, 2020 |

This Stipulation is entered into by Plaintiff Bailin Hummitsch ("Plaintiff") and Defendant Redbox Automated Retail, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

/ / /

/ / /

**RECITALS**

1.    On July 20, 2020, Plaintiff filed a Class Action Complaint alleging that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, ("TCPA") by transmitting unsolicited text message advertisements.  (Dkt. 1.)

2.    On August 11, 2020, Defendant executed a waiver of service, such that Defendant's responsive pleading deadline became October 5, 2020.

3.    On October 5, 2020, the Parties filed a stipulation to stay this case pending the United States Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252, at *1 (U.S. July 9, 2020).  (Dkt. 12.)  That stipulation was denied on October 6, 2020.  (Dkt. 13.)

4.    On October 15, 2020, the Parties filed a stipulation to extend the time for Defendant to respond to Plaintiff's Complaint to November 4, 2020.  (Dkt. 14.)

5.    On November 4, 2020, Plaintiff filed a First Amended Class Action Complaint ("Amended Complaint").  (Dkt. 16.)  Under the Federal Rules of Civil Procedure, Defendant's deadline to respond to the Amended Complaint became November 18, 2020.  Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

6.    On November 16, 2020, the Parties entered into a stipulation whereby Defendant's deadline to respond to the Amended Complaint was extended to December 9, 2020.  (Dkt. 17.)

7.    Since this litigation incepted, the Parties have been engaged in discussions concerning the potential settlement of this matter; however, those negotiations have not yet produced a settlement, and Defendant requires additional time to prepare a response to Plaintiff's Amended Complaint.

8.    Accordingly, the Parties request a brief, 14-day extension of time for Defendant to respond to Plaintiff's Amended Complaint.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that Defendant's deadline to respond to Plaintiff's First Amended Class Action Complaint, currently December 9, 2020, is extended for a period of 14 days, to and including December 23, 2020.

DATED:  December 8, 2020          **HEDIN HALL, LLP**


By:        /s/ Frank S. Hedin
           Frank S. Hedin
           Attorneys for Plaintiff and The Putative
           Class

DATED:  December 8, 2020          **MURCHISON & CUMMING,  LLP**


By:        /s/ Susan J. Welde
           Susan J. Welde
           Attorneys for Defendant, REDBOX
           AUTOMATED RETAIL, LLC

<u>**PROOF OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On December 8, 2020, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

Frank S. Hedin, Esq.                          Counsel for Plaintiff and the Putative
HEDIN HALL, LLP                             Class
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Telephone: (305)357-2107
Facsimile: (305)200-8801
Email: fhedin@hedinhall.com


Eugene Y. Turin, Esq.                         Counsel for Plaintiff and the Putative
MCGUIRE LAW, P.C.                           Class
55 W. Wackher Dr., 9th Fl.
Chicago, Illinois 60601
Telephone: (312)893-7002
Email: eturin@mcgpc.com




**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 8, 2020, at Los Angeles, California.

_____
Roxanne Lopez

---

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1  Susan J. Welde (SBN 205401)
       swelde@murchisonlaw.com
2  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, Ninth Floor
3  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
4  Facsimile: (213) 623-6336

5  Attorneys for Defendant, REDBOX
   AUTOMATED RETAIL, LLC

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 BAILIN HUMMITSCH, individually        CASE NO. 2:20-cv-06429-PA-PD
   and on behalf of all others similarly
12 situated,                             Trial Date:        None Set

13            Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                         STIPULATION TO EXTEND TIME
14       vs.                             TO RESPOND TO FIRST
                                         AMENDED COMPLAINT**
15 REDBOX AUTOMATED RETAIL,
   LLC,                                  Honorable Percy Anderson
16
              Defendant.                 Magistrate Judge Patricia Donahue
17

18

19
        The Court, having reviewed the Stipulation of the Parties and finding good
20
   cause, hereby orders that Defendant's deadline to respond to Plaintiff's First
21
   Amended Class Action Complaint is extended for a period of 14 days, to and
22
   including December 23, 2020.
23

24
   IT SO ORDERED.
25

26 Date: _____
                                         _____
27                                       Honorable Percy Anderson
                                         United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT