# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BAILIN HUMMITSCH

PLAINTIFF(S)

v.

REDBOX AUTOMATED RETAIL, LLC

DEFENDANT(S).

**CASE NUMBER**

CV 20-6429-PA (PDx)

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/23/2020 | 19 | Answer |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

The document is accepted as filed. Defendant is to file the Certificate of Interested Parties pursuant to Local Rule 7.1-1 no later than January 5, 2021.

Clerk, U.S. District Court

Dated: 12/30/2020                          By: Gabriela Garcia
                                                Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge