| | |
|---|---|
| 1 | Frank S. Hedin, Esq. (SBN 291289) |
| | HEDIN HALL, LLP |
| 2 | 1395 Brickell Avenue, Ste. 1140 |
| 3 | Miami, Florida 33131 |
| | Tel: (305) 357-2107 |
| 4 | Fax: (305) 200-8801 |
| 5 | Email: fhedin@hedinhall.com |
| 6 | *Attorneys for Plaintiff* |
| 7 | |
| 8 | Susan J. Welde (SBN 205401) |
| | swelde@murchinsonlaw.com |
| 9 | MURCHISON & CUMMING, LLP |
| 10 | 801 South Grand Avenue, Ninth Floor |
| | Los Angeles, California 90017-4613 |
| 11 | Tel: (213) 623-7400 |
| | Fax: (213) 623-6336 |
| 12 | |
| 13 | *Attorneys for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILIN HUMMITSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:20-cv-06429-PA-PD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

---

**Stipulation of Dismissal**          Case No. 2:20-cv-06249

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Bailin Hummitsch, and Defendant, Redbox Automated Retail, LLC, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed with prejudice as to all claims asserted by Plaintiff, and without prejudice as to all claims asserted by the putative class, with each side to bear its own fees and costs. This dismissal disposes of the entire action.

Dated:  January 26, 2020          Respectfully submitted,

                                  By: /s/ Frank S. Hedin
                                        Frank S. Hedin

                                  Frank S. Hedin, Esq. (SBN 291289)
                                  HEDIN HALL, LLP
                                  1395 Brickell Avenue, Ste. 1140
                                  Miami, Florida 33131
                                  Tel: (305) 357-2107
                                  Fax: (305) 200-8801
                                  Email: fhedin@hedinhall.com

                                  *Attorneys for Plaintiff*

Dated:  January 26, 2020          Respectfully submitted,

                                  By: /s/ Susan J. Welde
                                        Susan J. Welde

                                  Susan J. Welde (SBN 205401)
                                  swelde@murchinsonlaw.com
                                  MURCHISON & CUMMING, LLP
                                  801 South Grand Avenue, Ninth Floor
                                  Los Angeles, California 90017-4613
                                  Tel: (213) 623-7400
                                  Fax: (213) 623-6336

                                  *Attorneys for Defendant Redbox Automated Retail, LLC*